UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-46-1FL(3)

FILED IN OPEN COURT
ON 3.21.19 m
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) INDICTMENT
)
ANTWAN TERELLE BROWN )

The Grand Jury charges that:

## COUNT ONE

On or about June 25, 2018, in the Eastern District of North Carolina, the defendant, ANTWAN TERELLE BROWN, did willfully and unlawfully fail to remain within the extended limits of his confinement and did escape from the Bureau of Prisons Residential Reentry Center Bannum Place located in Wilmington, North Carolina, an institutional facility in which he was confined at the direction of the Attorney General by virtue of a judgment of the United States District Court for the Eastern District of North Carolina, upon conviction for a violation of Title 18, United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

1

## COUNT TWO

Between on or about June 25, 2018, and on or about November 20, 2018, in the Eastern District of North Carolina, the defendant, ANTWAN TERELLE BROWN, did willfully and unlawfully fail to return to the extended limits of his confinement at the Bureau of Prisons Residential Reentry Center Bannum Place located in Wilmington, North Carolina, an institutional facility in which he was confined at the direction of the Attorney General by virtue of a judgment of the United States District Court for the Eastern District of North Carolina upon conviction for a violation of Title 18, United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 3/19/19

ROBERT J. HIGDON, Jr.
United States Attorney

BY: Bryan M. Stephany
Assistant United States Attorney
Criminal Division