UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_ SOUTHERN     _ DIVISION
CASE NO.  7:19-cr-46-1FL

FILED IN OPEN COURT
ON 3/28/2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
            VS.                   )
                                  )
                                  )
                                  )
Antwan Terelle Brown              )

## WAIVER OF DETENTION HEARING

I, _Antwan Terelle Brown_____ , charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the complaint or indictment against me, any affidavit filed in connection with the complaint or indictment against me, and the right to be represented by counsel, all of which I fully understand and do waive my right to a detention hearing in this case.

Date: _3/28/19_____ .

_____
DEFENDANT

_____
DEFENSE COUNSEL

_____
UNITED STATES MAGISTRATE JUDGE