AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

    **V.**

**ANTWAN TERELLE BROWN**

RECEIVED

MAR 22 2019

U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

**CRIMINAL CASE: 7:19-CR-00046-1FL93)**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ANTWAN TERELLE BROWN** and he/she shall be brought before the nearest Magistrate/Judge to answer an

  **X**  **Indictment** _____**Superseding Indictment** _____**Criminal Information**___**Complaint**

_____ **Order of Court:** ___ **Violation Notice**___**Probation Violation Petition** charging him/her with:

Counts 1 & 2 - 18 U.S.C. §§ 751(a) and 4082(a): Escape from correctional facility

Peter A. Moore, Jr.
Name of Issuing Officer

_____
Signature of Issuing Officer by Deputy/Clerk

Clerk of Court
Title of Issuing Officer

March 21, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |
| *WILMINGTON, NC* |

| DATE RECEIVED<br>03/22/2019 | NAME AND TITLE OF ARRESTING OFFICER<br>CI/DUSM R. FIELDS<br>USMS E/NC | NAME AND TITLE OF ARRESTING<br>By<br>CI/DUSM, USMS E/NC |
|---|---|---|
| DATE OF ARREST<br>03/28/2019 | | |

FILED

MAY 0 9 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 7:19-cr-00046-FL   Document 15   Filed 05/09/19   Page 1 of 1